UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIA SUARES,

                              Plaintiff,

                    -v.-

CITY OF NEW YORK, et al.,

                              Defendants.

19 Civ. 5832 (KPF)

19 Civ. 11327 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The pretrial conference scheduled in these matters for June 4, 2021, at 10:00 a.m. will proceed by telephone. At the specified date and time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference line will not be available before 10:00 a.m.

The Clerk of Court is directed to docket this Order in both 19 Civ. 5832 and 19 Civ. 11327.

SO ORDERED.

Dated:      June 1, 2021
            New York, New York

_____
      KATHERINE POLK FAILLA
      United States District Judge