UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLIVIA SUARES,

                       Plaintiff,

      -against-

CITY OF NEW YORK et al,

                       Defendants.
------------------------------------------------------------------X

19-CV-05832 (KPF) (VF)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Due to a scheduling conflict the settlement conference scheduled for Wednesday, July 13, 2022, at 10:00 a.m. has been rescheduled for **Tuesday, August 16, 2022, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Figueredo's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **August 9, 2022, by 5:00 p.m.**

      SO ORDERED.

DATED:     New York, New York
                  June 17, 2022

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge