UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
OLIVIA SUARES,

                        Plaintiff,                        **19-CV-05832 (KPF) (VF)**

      -against-                           **ORDER RESCHEDULING**
                                                                      **SETTLEMENT CONFERENCE**

CITY OF NEW YORK et al

                        Defendants.
----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference scheduled for Tuesday, August 16, 2022, at 2:00 p.m. has been rescheduled for **Thursday, September 15, 2022, at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Figueredo's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **September 8, 2022, by 5:00 p.m.**

The Clerk's Office is respectfully directed to close the entry at ECF No. 84.

    **SO ORDERED.**

DATED:    New York, New York
               June 28, 2022

                                                              VALERIE FIGUEREDO
                                                            United States Magistrate Judge