UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIA SUARES,

                          Plaintiff,

                -v.-

CITY OF NEW YORK, *et al.*,

                          Defendants.

19 Civ. 5832 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

By letter dated July 21, 2022, the parties reported to the Court that they have reached a settlement in principle in this case, but that the settlement cannot be finalized until Plaintiff receives a final lien or "no lien" letter from Medicare.  (Dkt. #87).  Accordingly, it is hereby:

ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that on or before **October 31, 2022**, the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event that the settlement is not consummated.  Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate.  This Order shall be deemed a final discontinuance of

the action with prejudice in the event that Plaintiff has not requested

restoration of the case to the active calendar on or before **October 31, 2022**.

The Clerk of Court is directed to terminate all pending motions, adjourn

all remaining dates, and close this case.

SO ORDERED.

Dated:   July 22, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge